1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ISACC BROOKS MERAZ,                      No.  2:25-CV-2037-DMC-P

12                    Petitioner,

13          v.                                ORDER

14   L. BIRD,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus under 28 U.S.C. § 2254.  The petition challenges a conviction issued by the Tulare

19   County Superior Court.  Tulare County is part of the Fresno division of this Court.  See Local

20   Rule 120(b).  Because the Sacramento division is not the proper division, this action will be

21   transferred to the Fresno division.

22          Accordingly, IT IS HEREBY ORDERED that this action is transferred to the

23   United States District Court for the Eastern District of California sitting in Fresno.

24

25   Dated:  July 24, 2025

26                                            _____
                                             DENNIS M. COTA
27                                           UNITED STATES MAGISTRATE JUDGE

28

1